[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-15555
Non-Argument Calendar

_____

D.C. Docket No. 4:12-cr-00185-AKK-RRA-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTONIO HERNANDEZ-HINOJOSA,
a.k.a. Tony X,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(July 16, 2013)

Before HULL, JORDAN and BLACK, Circuit Judges.

PER CURIAM:

Donald L. Colee, Jr., appointed counsel for Antonio Hernandez-Hinojosa in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hernandez-Hinojosa's conviction and sentence are **AFFIRMED**.